UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GEORGE R. KILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:12-CV-629-TAV-CCS |
| | ) | |
| THE DOW CHEMICAL COMPANY LONG TERM DISABILITY PLAN; THE DOW CHEMICAL COMPANY *as Plan Administrator and Plan Sponsor*; and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON *as Claims Administrator and Fiduciary*, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge C. Clifford Shirley, Jr., on February 14, 2014 [Doc. 41]. In the R&R, Magistrate Judge Shirley recommended that the Court deny Plaintiff's Motion for Summary Judgment [Doc. 33] and grant Defendants' Motion for Judgment on the Administrative Record (ERISA) [Doc. 31]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 41]. Therefore,

Plaintiff's Motion for Summary Judgment [Doc. 33] is **DENIED**, and Defendants' Motion for Judgment on the Administrative Record (ERISA) [Doc. 31] is **GRANTED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
    CLERK OF COURT